**IT IS SO ORDERED.**

**Dated:  04:25 PM June 16 2010**

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-50880 |
| | ) | |
| Connie Leigh Krim, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | ORDER OF RECUSAL |

    Pursuant to 28 U.S.C. § 455(a), I hereby recuse in this bankruptcy case. A request to reassign the case has been made to Judge Speer, the senior bankruptcy judge in the district.

# # #