# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 08-50880 S | **Trustee:** (550340) HAROLD A. CORZIN |
| **Case Name:** KRIM, CONNIE LEIGH | **Filed (f) or Converted (c):** 03/19/08 (f) |
| | **§341(a) Meeting Date:** 05/12/08 |
| **Period Ending:** 06/30/10 | **Claims Bar Date:** 05/25/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 4.00 | 0.00 | DA | 0.00 | FA |
| 2 | ST. PAUL'S FEDERAL CREDIT UNION CHECKING ACCT. | 200.00 | 200.00 | DA | 0.00 | FA |
| 3 | ST. PAUL'S CREDIT UNION SAVINGS ACCOUNT | 25.00 | 25.00 | DA | 0.00 | FA |
| 4 | LANDLORD SECURITY DEPOSIT | 535.00 | 535.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS & FURNISHINGS, per Amd. Sch. B | 1,290.00 | 0.00 | DA | 0.00 | FA |
| 6 | CLOTHING | 100.00 | 100.00 | DA | 0.00 | FA |
| 7 | RIGHT TO RECEIVE CHILD SUPPORT<br>    Orig. Asset Memo: Imported from Amended Doc#: 24 | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | RIGHT TO RECEIVE 2008 INCOME TAXES IN 2009 | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | HARRASSMENT AND RELATED CLAIMS AGAINST FORMER  (u)<br>    EMPLOYER AND SUPERVISOR, per Amended Sch. B.<br>* $44,820.00 - per Compromise Order. | Unknown | 0.00 | | 44,820.00 | FA |
| 10 | POTENTIAL LEGAL MAPLRACTICE CLAIM | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.25 | Unknown |
| 11 | **Assets    Totals** (Excluding unknown values) | **$2,154.00** | **$860.00** | | **$44,820.25** | **$0.00** |

Printed: 07/30/2010 07:57 PM    V.12.06

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-50880 S  
**Case Name:** KRIM, CONNIE LEIGH  

**Period Ending:** 06/30/10

**Trustee:** (550340) HAROLD A. CORZIN  
**Filed (f) or Converted (c):** 03/19/08 (f)  
**§341(a) Meeting Date:** 05/12/08  
**Claims Bar Date:** 05/25/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

Trustee will employ counsel to pursue debtor's pre-petition hostile work environment/sexual battery claim.

**Initial Projected Date Of Final Report (TFR):** June 30, 2013     **Current Projected Date Of Final Report (TFR):** June 30, 2013

Printed: 07/30/2010 07:57 PM     V.12.06

08-50880-rls    Doc 33    FILED 07/31/10    ENTERED 07/31/10 09:22:33    Page 2 of 3

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-50880 S
**Case Name:** KRIM, CONNIE LEIGH

**Taxpayer ID #:** **-***0717
**Period Ending:** 06/30/10

**Trustee:** HAROLD A. CORZIN (550340)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******63-65 - Money Market Account
**Blanket Bond:** $8,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | {9} | Preferred Capital Funding OH LLC | Settlement funds re compromise | 1249-000 | 44,820.00 | | 44,820.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 44,820.25 |
| | | | **ACCOUNT TOTALS** | | 44,820.25 | 0.00 | $44,820.25 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 44,820.25 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$44,820.25** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******63-65 | 44,820.25 | 0.00 | 44,820.25 |
| | $44,820.25 | $0.00 | $44,820.25 |

{} Asset reference(s)

Printed: 07/30/2010 07:57 PM   V.12.06