UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| In re: ) | Case No. 08-50880 |
| ) | |
| CONNIE LEIGH KRIM, ) | Chapter 7 |
| ) | |
| Debtor. ) | Judge: MARILYN SHEA-STONUM |

### NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION AND AMENDED OBJECTION TO CLAIM OF ALEXANDER KRIM
(Claim No. 11)

Connie Leigh Krim, the Debtor herein, respectfully withdraws her objection to the claim of Alexander Krim, Claim No. 11, which was filed with this Court on June 10, 2010 (Docket No. 26), and her amended objection to the Claim of Alexander Krim, Claim No. 11, which was filed with this Court on June 10, 2010 (Docket No. 27).

Respectfully submitted,

/s/ Robert D. Barr
Robert D. Barr (#0067121)
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, Ohio 44114-3169
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: rbarr@dsb-law.com

Attorney for Connie Leigh Krim, Trustee

## CERTIFICATE OF SERVICE

A copy of the foregoing Withdrawal of Objection and Amended Objection has been served on November 10, 2010, as follows:

**Parties Served Electronically (via ECF):**

> Harold A. Corzin, Trustee
> hcorzin@csu-law.com
>
> Robert M. Whittington, Jr., Esq.
> elkwhitt@neo.rr.com
>
> Office of the United States Trustee

**Parties Served by Regular U.S. Mail:**

> David A. Looney, Esq.
> David A. Looney Co., LPA
> 1735 South Main Street
> Akron, OH 44301

                                        /s/ Robert D. Barr
                                        Robert D. Barr, Attorney

F:\WPWIN\Barr\Krim\Withdrawal of Objection to Alexander Krim Claim.wpd